UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| LARRY LASHAWN CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:13CV159 JAR |
| | ) | |
| CAPTAIN MULCAHY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Response to the Answer of Defendants Susie Gibbs, Charla Holder and Dr. Charles Pewitt to Plaintiff's Amended Complaint ("Response"; ECF No. 43). In the Response, Plaintiff complains of several events that were not included in his Amended Complaint. The Court does not accept amendments by interlineation. If Plaintiff wishes to amend his complaint again, he must provide a proposed amended complaint that includes each and every claim he wishes to bring against every defendant in this action. Plaintiff is warned that the filing of an amended complaint replaces the original complaint (and the current amended complaint), and claims that are not realleged are deemed abandoned. E.g., In re Wireless Telephone Federal Cost Recovery Fees Litigation, 396 F.3d 922, 928 (8th Cir. 2005).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is given until **Monday, March 24, 2014** to file an amended complaint, if he so desires.

Dated this 17th day of March, 2014.

                    /s/ John A. Ross
                    JOHN A. ROSS
                    UNITED STATES DISTRICT JUDGE

                    UNITED STATES DISTRICT JUDGE