UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| LARRY LASHAWN CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:13CV159 JAR |
| | ) | |
| CAPTAIN MULCAHY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon receipt of a letter from Plaintiff where he again states that he is in segregation and not receiving adequate medical care. (ECF No. 45). The Court has previously told Plaintiff that it will not accept amendment of his complaint by interlineation and instructed Plaintiff regarding the proper procedure for amending his complaint. See, e.g., ECF Nos. 35, 44. Since the Court has previously advised Plaintiff how to amend his complaint if he chooses to do so, the instant letter (ECF No. 45) and any future letters shall be filed and made a part of the docket, with no further action taken.

Dated this 20th day of March, 2014.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE