UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| LARRY LASHAWN CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13CV159 JAR |
| | ) | |
| CAPT. JAMES MULCAHY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court Defendants' Motion to Compel and for Sanctions (ECF No. 53). Therein, Defendants contend that Plaintiff has not provided any responses to Defendants' discovery requests. On May 30, 2014, Defendants sent a certified letter to Plaintiff, demanding his discovery responses, but Plaintiff did not respond. On July 15, 2014, Defendants filed this Motion to Compel and for Sanctions. Plaintiff has not responded to the Motion to Compel and for Sanctions and the time for filing a response has run. See E.D.Mo. L.R. 4.01(B).

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Compel and for Sanctions [53] is **GRANTED**. Plaintiff is ordered to respond to Defendants' interrogatories and requests for production of documents no later than **August 14, 2014.** Failure to do so may result in sanction, up to and including dismissal of Plaintiff's lawsuit for failure to prosecute.

Dated this 30th day of July, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE